Fill in this information to identify the case:

Debtor 1 Claire D. Williams

Debtor 2 ______

(Spouse, if filing)

United States Bankruptcy Court for the SOUTHERN District of FLORIDA

Case number 23-18475-RAM

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR RENAISSANCE HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-3

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 6040

**Date of payment change:** 11/1/2026
Must be at least 21 days after date of this notice

**New total payment:** $1,643.44
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

□ No.
■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

______

**Current escrow payment:** $1,362.66 **New escrow payment:** $1,409.86

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

■ No
□ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

______

**Current interest rate:** **New interest rate:**

**Current principal and interest payment:** **New principal and interest payment:**

Debtor 1 Claire D. Williams
Print Name Middle Name Last Name

Case number *(if known)* 23-18475-RAM

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

■ No
□ Yes.

**Current HELOC payment:** $

**Reconciliation amount:** +$ or
- $

**Amount of next payment (including reconciliation amount)** $

**Amount of the new payment thereafter (without reconciliation amount)** $

## Part 4: Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

■ No
□ Yes Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: ______________________________

**Current mortgage payment** **New mortgage payment:**

**Part 5: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Giselle Velez — Date 09/16/2026
Signature

Print: Giselle Velez (First Name / Middle Name / Last Name) — Title: Authorized Agent for Creditor

Company: Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address: 13010 Morris Rd., Suite 450 (Number / Street)
Alpharetta, GA 30004 (City / State / ZIP Code)

Contact Phone: 470-321-7112 — Email: gvelez@raslg.com

The 'current escrow payment' in the attached Escrow Statement will not match the previously filed NOPC or POC as this escrow payment is based off the contractual due date. The current escrow payment included in this Notice of Payment Change is based off the previously filed court record. This will not have any impact on the borrower.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 17, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Claire D. Williams
18900 NW 7 Ct
Miami Gardens, FL 33169-3804

And via electronic mail to:

Johnson Angel D'Souza
5214 SW 91st Ave - Suite # 4
Cooper City, FL 33328

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

By: /s/ Gabriella Bodei
Gabriella Bodei

Onity Mortgage| PO BOX 24738
West Palm Beach FL 33416

18900 NW 7TH CT
MIAMI, FL 33169

[redacted]
ELIAS LEONARD DSOUZA
[redacted]

August 31, 2026

We have been notified you are representing the borrower or accountholder listed on the following document. Accordingly, the enclosed correspondence is being directed to you. Please provide this correspondence to your client as you deem appropriate.

[redacted] bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

This page intentionally left blank

Onity Mortgage| PO BOX 24738
West Palm Beach FL 33416

CLAIRE WILLIAMS
18900 NW 7TH CT
[redacted]

**Questions:** Visit us at www.MortgageQuestions.com
**Call toll Free: 1-855-516-3887**
**Fax:** 1-856-917-8300

**Statement Date**: August 31, 2026
[redacted]

**Property Address:**
18900 NW 7TH CT
MIAMI, FL 33169

This communication is from Onity Mortgage Corporation ("Onity Mortgage"), formerly known as PHH Mortgage Corporation.

# Escrow Analysis Statement

Dear: CLAIRE WILLIAMS

As your servicer, we have safeguards in place to make sure there's enough money to make the tax and insurance payments. These safeguards protect you from unexpected payment changes. **See below for details of what changed as well as when the new payment will take effect.**

## 1. Your New Mortgage Payment

The new mortgage payment includes changes to the escrow payment amount. See Sections 2 and Section 3 for details for what's changed in the escrow account.

**New mortgage payment**
**$1,643.44**
**Effective Date: November 2026**

**PLEASE NOTE:** If you use a bill pay service to make the payments, YOU must adjust the amount with your provider. If you're enrolled in Autopay, WE'LL automatically adjust the payment.

| New Mortgage Payment | Current | New |
|---|---|---|
| Principal and Interest Amount | $233.58 | $233.58 |
| Escrow Payment | $1,282.53 | $1,409.86 |
| Interest Buydown Credit | $0.00 | $0.00 |
| Payment Supplement | $0.00 | $0.00 |
| Total Mortgage Payment | $1,516.11 | $1,643.44 |
| **Difference in Payment: $127.33** | | |

## 2. What Changed?

The new escrow payment includes changes to the tax and insurance amounts. The chart below shows what has changed in the escrow account. The anticipated annual escrow amounts include changes in taxes and Insurance.

| HERE'S HOW TO CALCULATE YOUR NEW ESCROW PAYMENT | | |
|---|---|---|
| Total [Taxes and Insurance] | Divide by 12 Months | New Escrow Payment |
| **$16,918.29** | **/12 =** | **$1,409.86** |

| Tax Insurance Type | CURRENT Annual Amount | NEW Annual Amount |
|---|---|---|
| County Tax | $7,580.84 | $7,922.25 |
| Hazard Insurance | $8,771.04 | $8,996.04 |
| **Annual Amount** | **$16,351.88** | **$16,918.29** |

**Other taxes/other insurance may include school district, village tax, water & sewer, irrigation, agency fees, ground rent and windstorm insurance.

## 3. Your Escrow Details

An overage occurs when the anticipated escrow balance is more than the required minimum escrow balance. The **required minimum escrow balance** is the lowest positive balance allowed in the escrow account at any given time

We require the escrow account to always maintain 2 month(s) of escrow payment. This helps us minimize the impact to the mortgage payment when property tax and insurance rates increase. See Section 4 for details.

| | |
|---|---|
| Required Minimum Escrow Balance | $10,081.78 |
| Anticipated Escrow Balance | $12,712.85 |
| Overage Amount | $2,631.07 |

We determine the **anticipated escrow balance** using the current tax and insurance expenses and the anticipated escrow payments for the upcoming year. See Section 2 for details. To balance the account, we compare the estimated lowest account balance to the new anticipated escrow balance. See Section 4 for details.

The difference between the required minimum escrow balance and the anticipated escrow balance can leave a shortage or overage. Based on our review, there is an overage of $2,631.07.

The escrow account has a surplus of $2,631.07; however, this surplus is being retained due to the delinquent status of the mortgage. Once the loan returns to a current status, please contact our Customer Service Department at the number above to determine if the surplus is still valid.

[redacted] bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

## 4. Anticipated Escrow Amounts

Over the next 12 months, we project the following activity will occur in the escrow account. The required minimum escrow balance in the account should be no less than $2,819.72 for the upcoming year. This is known as the low point and is indicated as LP below. The anticipated lowest account balance of $5,450.79 will be reached in November 2026. The difference between the required balance of $2,819.72 and the anticipated balance of $5,450.79 resulted in the escrow account having enough funds for the coming year.

| Date | Description | ANTICIPATED AMOUNTS PAID INTO THE ESCROW ACCOUNT ($) | ANTICIPATED AMOUNTS PAID OUT OF THE ESCROW ACCOUNT ($) | ANTICIPATED ESCROW BALANCE ($) | REQUIRED ESCROW ACCOUNT BALANCE ($) |
|---|---|---|---|---|---|
| | **Opening Balance** | | | **$12,712.85** | **$10,081.78** |
| Nov 2026 | COUNTY TAX | 1,409.86 | 7,922.25 | 6,200.46 | 3,569.39 |
| Nov 2026 | HAZARD INS. | 0.00 | 749.67 | 5,450.79 | 2,819.72 **LP** |
| Dec 2026 | HAZARD INS. | 1,409.86 | 749.67 | 6,110.98 | 3,479.91 |
| Jan 2027 | HAZARD INS. | 1,409.86 | 749.67 | 6,771.17 | 4,140.10 |
| Feb 2027 | HAZARD INS. | 1,409.86 | 749.67 | 7,431.36 | 4,800.29 |
| Mar 2027 | HAZARD INS. | 1,409.86 | 749.67 | 8,091.55 | 5,460.48 |
| Apr 2027 | HAZARD INS. | 1,409.86 | 749.67 | 8,751.74 | 6,120.67 |
| May 2027 | HAZARD INS. | 1,409.86 | 749.67 | 9,411.93 | 6,780.86 |
| Jun 2027 | HAZARD INS. | 1,409.86 | 749.67 | 10,072.12 | 7,441.05 |
| Jul 2027 | HAZARD INS. | 1,409.86 | 749.67 | 10,732.31 | 8,101.24 |
| Aug 2027 | HAZARD INS. | 1,409.86 | 749.67 | 11,392.50 | 8,761.43 |
| Sep 2027 | HAZARD INS. | 1,409.86 | 749.67 | 12,052.69 | 9,421.62 |
| Oct 2027 | HAZARD INS. | 1,409.86 | 749.67 | 12,712.88 | 10,081.81 |
| **Total** | | **$16,918.32** | **$16,918.29** | | |

The enclosed update follows notice of the account's involvement in a bankruptcy petition, filed on 10/17/2023 under chapter 13 of the Bankruptcy Code. This statement should be reviewed carefully. The mortgage payment may be affected. Please contact us at the number above if this account is not part of a Chapter 13 proceeding or plan. If this account is subject to any other Bankruptcy protection or received an Order of Discharge in a Chapter 7 bankruptcy case, or received any other discharge under the U.S Bankruptcy Code that applied to the referenced property, please be advised that this Notice is for information purposes only and not intended as an attempt to collect a debt against you personally.

## 5. Escrow Account History

| | | AMOUNT PAID TO ESCROW | | AMOUNT WE PAID FROM ESCROW | | ESCROW BALANCE | |
|---|---|---|---|---|---|---|---|
| Date | Description | Estimated ($) | Actual ($) | Estimated ($) | Actual ($) | Estimated ($) | Actual ($) |
| | **Opening balance** | | | | | **$9,674.41** | **-$22,737.05** |
| Nov 2025 | COUNTY TAX | 1,362.66 | * | 7,580.84 | 7922.25 * | 3,456.23 | -30,659.30 |
| Nov 2025 | HAZARD INS. | | | 730.92 | 730.92 | 2,725.31 | -31,390.22 |
| Dec 2025 | HAZARD INS. | 1,362.66 | * | 730.92 | 730.92 | 3,357.05 | -32,121.14 |
| Jan 2026 | HAZARD INS. | 1,362.66 | * | 730.92 | 730.92 | 3,988.79 | -32,852.06 |
| Feb 2026 | HAZARD INS. | 1,362.66 | 7,657.29 * | 730.92 | 730.92 | 4,620.53 | -25,925.69 |
| Mar 2026 | HAZARD INS. | 1,362.66 | 3,501.09 * | 730.92 | 730.92 | 5,252.27 | -23,155.52 |
| Apr 2026 | HAZARD INS. | 1,362.66 | 2,334.06 * | 730.92 | 730.92 | 5,884.01 | -21,552.38 |
| May 2026 | HAZARD INS. | 1,362.66 | 2,334.06 * | 730.92 | 730.88 * | 6,515.75 | -19,949.20 |
| Jun 2026 | HAZARD INS. | 1,362.66 | 2,334.06 * | 730.92 | 749.67 * | 7,147.49 | -18,364.81 |
| Jul 2026 | HAZARD INS. | 1,362.66 | 2,334.06 * | 730.92 | 749.67 * | 7,779.23 | -16,780.42 |
| Aug 2026 | HAZARD INS. | 1,362.66 | 29,016.96 * E | 730.92 | 749.67 *E | 8,410.97 | 11,486.87 |
| Sep 2026 | HAZARD INS. | 1,362.66 | 1,362.66 E | 730.92 | 749.67 *E | 9,042.71 | 12,099.86 |
| Oct 2026 | HAZARD INS. | 1,362.66 | 1,362.66 E | 730.92 | 749.67 *E | 9,674.45 | 12,712.85 |
| **Totals** | | **$16,351.92** | **$52,236.90** | **$16,351.88** | **$16,787.00** | | |

The letter E in the table above indicates that all or a portion of a payment has not happened but is estimated to happen. An asterisk (*) indicates a difference from projected activity either in the amount or date.

State and local government agencies assess certain fees for services they render, such as fees charged by tax collectors to an entity making a tax payment. We do not charge any additional fees of our own beyond those assessed by state and/or local government agencies for collecting and paying government fees on your behalf. The full fee amount collected will be forwarded directly to the appropriate government agency.

[redacted] bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

## FREQUENTLY ASKED QUESTIONS

### What is an escrow analysis?

An escrow analysis is a review of your escrow account to ensure enough funds are collected during the year to pay upcoming installments of your insurance premium(s) and/or property taxes. Any increase or decrease to your annual property taxes or insurance premiums may cause the mortgage payment amount to change. We provide details of the annual analysis in the Escrow Account Statement. The statement details the most recent escrow review. You may receive more than one analysis in the year. There are a number of reasons for an interim escrow analysis.

The most common reasons are:

- The loan was acquired from another servicer.
- A material change to insurance or tax amounts due.
- Changes after closing.
- Change in tax or insurance due dates.

### How is the required escrow beginning account balance determined?

The required beginning escrow balance is made up of a cushion plus any prorated taxes and insurance needed to fulfill the anticipated disbursements for the next 12 months.

### Why did the escrow payment change?

The escrow payment is comprised of 1/12th of all anticipated annual disbursements. If there is an increase or decrease in the annual tax or insurance amounts the escrow payment will change. Please refer to the escrow analysis for a more detailed explanation of the disbursement amounts.

### How did you calculate the new escrow payment?

We list all possible disbursements or expenses such as property taxes or insurance premiums to be paid on your behalf for the next 12 months. We take the total and divide the amount by 12 payments. The total anticipated disbursements divided by 12 payments equals the escrow payment. Due to changes in property taxes or insurance premiums, it is possible the escrow account could end up with a balance which is less than the target cushion amount. This is referred to as a shortage.

Any shortage of funds in the escrow account will be determined at the time of the escrow analysis. Additionally, it is possible the escrow account could end up with a balance which is greater than the required cushion amount. This is referred to as a surplus.

### What is an escrow cushion?

An escrow cushion is the amount of money set aside in the escrow account to cover any unanticipated costs such as an increase in property taxes or insurance premiums and prevents the escrow balance from being overdrawn. By law the cushion must be no greater than one-sixth (1/6) of the estimated total annual disbursements from the escrow account.

### If the escrow account has a surplus, when will I receive the overage check?

If the escrow analysis resulted in an escrow surplus greater than $49.00 and the account is not more than 30 days past due, has not been referred to foreclosure, and the account is not in bankruptcy at the time the escrow analysis is performed, an escrow refund check will either be included with the escrow analysis statement or sent under separate cover within 30 days.

Any surplus under $49.00 will be adjusted from the escrow payment.

### Where do I send the escrow shortage payment?

You may direct deposit the escrow shortage amount to the escrow account using our pay by phone service or website. There may be fees associated with these payment services. You may also send in funds to escrow by mail. If sending by mail, be sure to write the account number on the check and specify "ESCROW application" on the memo line. Mail to:

Onity Mortgage Corporation
PO Box 660264
Dallas, TX 75266-0264

Overnight mail:
3000 Kellway Dr. Ste 120,
Attn: Onity Mortgage Corporation - Escrow Only Box: 6256,
Carrollton, TX 75006

Once the escrow funds are received, the escrow payment will be adjusted within 10 business days of posting. If the escrow analysis discloses a shortage greater than one month's escrow payment, Onity Mortgage cannot and does not require repayment of this amount and, instead, Onity Mortgage has spread any shortage across the escrow payments.

**Note:** Even if you pay the full shortage amount, your escrow payment may still increase due to higher taxes and/or insurance. Please review your next escrow analysis statement for further details.

### How do I remove the escrow account?

Contact us to request a review of the loan for escrow waiver eligibility or download the escrow removal form on our website www.MortgageQuestions.com and send the form to us. Upon receiving your written request, subject to applicable eligibility requirements, we will review and send out notification with the decision.

### What should I do if the account is escrowed and I received a delinquent tax bill, tax exemption, or tax reduction notice?

Write the account number on the tax correspondence and share it with us:

Email: KanaTax@mortgagefamily.com
Fax: 1-562-682-8880
Mail: Onity Mortgage Corporation
Attn: Tax Department
PO Box 24665
West Palm Beach FL 33416-4665

### What do I do if the account was escrowed as a result of a delinquent tax payment notice and I have proof of payment?

You can send the proof of payment to us. Write your account number on the correspondence and send it to us:

Email: TAX@mortgagefamily.com
Fax: 1-561-682-8880
Mail: Onity Mortgage Corporation
Attn: Tax Department
PO Box 24665
West Palm Beach FL 33416-4665

### What should I do if I receive a check from my insurance carrier for property damage or have questions regarding an existing claim?

Please call us at 1-888-882-1815, Monday through Friday 8 am to 9 pm ET and Saturday 8 am to 5 pm ET.

### What should I do if I change insurance carriers?

Insurance policy information can be uploaded on our website at MyCoverageInfo.com/Mortgage Family. You can also send us a copy of the insurance declaration page by fax to 1-937-525-4210 or by email to MortgageFamily@MyCoverageInfo.com.

If you have any questions regarding your insurance policy information, please contact our Insurance Customer Care center directly for further assistance at 1-888-882-1855, Monday through Friday, 8 am to 9 pm ET and Saturday 8 am to 5 pm ET.